UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APRIL KELLEHER,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:16-cv-03118-MKD<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND<br><br>**ECF No. 20** |

The Court has considered the parties' stipulated motion for remand. The parties have consented to proceed before a magistrate judge. ECF No. 7.

IT IS ORDERED that the motion, **ECF No. 20, is GRANTED**. The above-captioned case is reversed and remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. § 405(g).

On remand, the Administrative Law Judge (ALJ) will:

1. Further develop the record, as necessary, hold a de novo hearing, and issue a new decision;

ORDER - 1

2. Re-evaluate the medical evidence, including the opinions of R.A. Cline, Psy.D., Janet Erickson, Russell Anderson, Kathleen Schormann, and Nina Rapisarda;

3. Re-evaluate Plaintiff's symptom testimony, consistent with Social Security Ruling (SSR) 16-3p;

4. If warranted, re-evaluate Plaintiff's residual functional capacity; and

5. If warranted, re-evaluate steps four and five, with the assistance of a vocational expert, as necessary.

Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

The District Court Executive is directed to **enter judgment for Plaintiff**, provide copies of this order to the parties and **CLOSE THE FILE**.

DATED this 16th day of February, 2017.

*S/ Mary K. Dimke*  
MARY K. DIMKE  
UNITED STATES MAGISTRATE JUDGE

ORDER - 2