# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| APRIL KELLEHER,<br><br>*Plaintiff*<br>v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 1:16-CV-03118-MKD<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Parties stipulated motion to remand is GRANTED. Case is reversed and remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke on a stipulated motion for remand.

Date: 2/16/2017

CLERK OF COURT

SEAN F. McAVOY

s/ Pam Howard
*(By) Deputy Clerk*

Pam Howard